IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA YOLANDA REYES,<br><br>         Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant.<br>_____ | Case No.: 1:10-cv-02094 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 12) |

On August 19, 2011, the Court issued its Order to Show Cause as to why the matter should not be dismissed for Plaintiff's failure to prosecute or follow the courts order, or in the alternative for Plaintiff to file her opening brief within fourteen days. (Doc. 12). Plaintiff filed her opening brief within the deadline on August 23, 2011. (Doc. 13).

Accordingly, IT IS HEREBY ORDERED:

The Order to Show Cause dated August 19, 2011, is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **August 29, 2011**                              /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE

1